# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Wise v. Velocity Commercial Capital, LLC et al       Case Number: A.P. 22-01004   Ch:

**MOVANT/APPLICANT/PARTIES:**

Motion to Quash Subpoena (Doc. #75)
Motion to Extend Time (Doc. #82)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

After hearing held on April 12, 2023 on the above motions, with counsel for the Plaintiff and the Defendants present, and for the reasons stated on the record, the Motion to Quash Subpoena is denied and the Motion to Extend Time is granted, with the following conditions. By April 24, 2023, Velocity Commercial Capital, LLC shall comply with the subpoena. Neither the Plaintiff, his counsel or their agents, shall communicate with the people identified in Velocity's response to the subpoena except on motion and approval of the Court. By May 26, 2023, the Plaintiff shall file any additional motion(s) related to the subpoena and Velocity's response thereto or shall file a response to Velocity's motion for summary judgment.

IT IS SO ORDERED:

*Diane Finkle*    Dated: 4/12/23

Diane Finkle, U.S. Bankruptcy Judge